| | |
|---|---|
| 1 | JOSEPH P. RUSSONEILLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD LEE ROSS, | ) No. C 08-4423-SBA |
|                  | ) |
| Plaintiff,       | ) |
|                  | ) |
| v.               | ) **STIPULATION TO EXTEND THE DATE** |
|                  | ) **OF THE CASE MANAGEMENT** |
| JOHN E. POTTER, Postmaster General | ) **CONFERENCE; AND ORDER** |
| United States Postal Service, | ) |
|                  | ) |
| Defendant.       | ) |

Plaintiff, proceeding *pro se*, and the Defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for January 21, 2009, in light of the fact that the Defendant has filed a motion to dismiss or, in the alternative, to transfer this case to the United States Court of Appeals for the Federal Circuit, and has scheduled a hearing on that motion for February 3, 2009. If the Defendant's motion is granted, there will be no need for a case management conference. If the Defendant's motion is denied, the parties will be better able to file a focused and thorough joint case management statement. The parties respectfully ask this Court to re-schedule the case management conference for March 4, 2009, or a date soon thereafter that is convenient for the Court.

//

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 08-4423-SBA                                  1

1 | Dated:  December 23, 2008                     Respectfully submitted,

2 | JOSEPH P. RUSSONIELLO
United States Attorney

3 |

4 | /s/
EDWARD A. OLSEN

5 | Assistant United States Attorney
Attorneys for Defendant

6 |

7 |
Dated: December 23, 2008                          /s/
8 | RONALD ROSS
*Pro Se*

9 |

10 |

11 | **ORDER**

12 | Pursuant to stipulation, IT IS HEREBY ORDERED that the case management conference,

13 | currently scheduled for January 21, 2009, is re-scheduled for March 4, 2009, at 3:30 p.m. via

14 | telephone.

15 | The parties shall **meet and confer** prior to the conference and shall prepare a joint Case

16 | Management Conference Statement which shall be filed no later than ten (10) days prior to the Case

17 | Management Conference  that complies with the Standing Order For All Judges Of The Northern

18 | District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing

19 | the statement as well as for arranging the conference call.  All parties shall be on the line and shall

20 | call (510) 637-3559 at the above indicated date and time.

21 |

22 | Dated: 1/9/09                              _____
SAUNDRA B. ARMSTRONG

23 | United States District Judge

24 |

25 |

26 |

27 |

28 |

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 08-4423-SBA                                                   2