1  JOSEPH P. RUSSONEILLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-6915
6    FAX: (415) 436-6927

7  Attorneys for Defendant

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                            OAKLAND DIVISION

11 RONALD LEE ROSS,                    )  No. C 08-4423-SBA
                                       )
12              Plaintiff,             )
                                       )
13       v.                            )  **STIPULATION AND ORDER**
                                       )  **SELECTING ADR PROCESS**
14 JOHN E. POTTER, Postmaster General  )
   United States Postal Service,       )
15                                     )
16              Defendant.             )

17       Plaintiff, proceeding *pro se*, and the Defendant, by and through his attorneys of record, have
18 met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R.
19 16-8 and ADR L.R. 3-5.
20    The parties agree to participate in the following ADR process: Mediation with a court-
21 connected mediator.
22 //
23 //
24 //
25 //
26 //
27 //
28

ADR STIPULATION
C 08-4423-SBA                              1

| | | |
|---|---|---|
| 1 | Dated:   December 23, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| 4 | | /s/ |
| | | EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney |
| | | Attorneys for Defendant |
| 6 | | |
| 7 | | |
| 8 | Dated: December 23, 2008 | /s/ |
| | | RONALD ROSS |
| | | *Pro Se* |

**ORDER**

Pursuant to the stipulation set forth above, the above-caption matter is referred to: Mediation

IT IS SO ORDERED.

Dated: 1/9/09                    _____
SAUNDRA B. ARMSTRONG
United States District Judge

ADR STIPULATION
C 08-4423-SBA                               2