**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RONALD LEE ROSS, | No. C 08-4423 SBA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

Plaintiff failed to appear for the hearing on Defendant's Motion to Dismiss on February 3, 2009, at 1:00 p.m.

Accordingly it is ORDERED that:

(1) Plaintiff shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **February 19, 2009, at 4:00 p.m.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute and in response to the merits of the motion to dismiss.

(2) At least ten days prior to the above hearing, Plaintiff must file a "Certificate of Plaintiff" with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute and for the reasons stated in the defendant's motion to dismiss. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3) Please take notice that this Order requires **both** the specified court appearance **and** the filing of the Certificate of Plaintiff. Failure to fully comply with this order will be deemed sufficient grounds to dismiss the action.

IT IS SO ORDERED.

Dated: 2/4/09

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONALD LEE ROSS,

        Plaintiff,

  v.

JOHN E POTTER et al,

        Defendant.

Case Number: CV08-04423 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Lee Ross
725 Walnut Drive
Rio Dell, CA 95562

Dated: February 4, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk